**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

David Henry Pinckney

_____

_____

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

Somerset    Probation

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2024 APR 26 A 11: 47

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**I.** **Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | Name | David Henry Pinckney |
|---|---|---|
| | Street Address | 268 Highland Ave |
| | County, City | Passaic , Passaic |
| | State & Zip Code | New Jersey    07055 |
| | Telephone Number | 201  486 - 4704 |

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name **Somerset Probation C.S. Enforcement**

Street Address **P.O. Box 3000**

County. City **Somerset    Somerville**

State & Zip Code **New Jersey, 08876**

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal Questions          [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **UCC 3-311    Accord and Satisfaction**

- 2 -

C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III.     Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.     Where did the events giving rise to your claim(s) occur? _Somerville  new Jersey_

B.     What date and approximate time did the events giving rise to your claim(s) occur? _December 05, 2023_

C.     Facts: _On December 5, 2023    Somerset Probation Child Support Enforcement accepted Payment against CS 904733 85b as instructed in the memo Section of the money order. Also in the memo section, the term "Paid in Full" was included as a second condition. The check/money order was cashed and both conditions of the contract were accepted. Somerset Child Support Enforcement does Not wish to honor its accepted contract._

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Under threat of imprisonment, Somerset Probation Child Support 'Enforcement' Continues to require payment against CS9047332b.

V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Follow the Contract accepted. Paid in Full.

- 4 -

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **22** day of **April** , 20**24**.

Signature of Plaintiff _____ D H R _____

Mailing Address __268 Highland Ave__

__Passaic New Jersey 07055__

Telephone Number __201 486-4704__

Fax Number *(if you have one)* _____

E-mail Address __BMWtchr @ AOL.com__

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____ DH R _____

- 5 -